**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**


SAUNDRA RICKMAN                                        )
                                                                       )
v.                                                                     )         Civil No. 3:07-0891
                                                                       )         Judge Trauger
CASSANDRA PRESSLEY, et al                        )


**O R D E R**

The parties have notified court personnel that this case has settled.   It is hereby

**ORDERED** that a stipulation of dismissal or other settlement document  shall be filed within

twenty (20) days of the entry of this Order.


ENTER this 4th day of September, 2008.


ALETA A. TRAUGER
U.S. District Judge