IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SAUNDRA RICKMAN | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil No. 3:07-cv-00891 |
| | ) | Judge Trauger |
| CASSANDRA PRESSLEY; AND | ) | Jury Demand |
| OM FINANCIAL LIFE INSURANCE | ) | |
| COMPANY | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff and the defendants, by and through the undersigned counsel, have agreed to the voluntary dismissal of this action, WITH PREJUDICE, and with each party to bear its own costs and attorneys' fees, given that all claims between them in this matter have been compromised and settled.

    ERIC BUCHANAN & ASSOCIATES, PLLC

    s/Seth Holliday (with permission TRD)
    Eric L. Buchanan, Esq.
    Seth Holliday, Esq.
    Eric Buchanan & Associates, PLLC
    414 McCallie Avenue
    Chattanooga, TN 37402

    *Attorneys for Plaintiff*

1

WOOLF, McCLANE, BRIGHT, ALLEN
  & CARPENTER, PLLC

s/Tony R. Dalton
Tony R. Dalton, BPR#014812
Meghan H. Morgan, BPR#024619

900 South Gay Street, Suite 900
P.O. Box 900
Knoxville, TN 37901-0900
865-215-1000
865-215-1001 (fax)

*Attorneys for OM Financial Life Insurance Company f/k/a Fidelity and Guaranty Life Insurance Company*


s/Cassandra Pressley (with permission TRD)
Cassandra Pressley, Pro Se
10927 County Road 575
Blue Ridge, TX 75424

2
602531.1
Case 3:07-cv-00891  Document 15  Filed 09/22/08  Page 2 of 3 PageID #: 112

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

   Eric L. Buchanan, Esq.
   Seth Holliday, Esq.
   Eric Buchanan & Associates, PLLC
   414 McCallie Avenue
   Chattanooga, TN  37402

   Cassandra Pressley
   10927 County Road 575
   Blue Ridge, TX  75424

  This the 22nd day of September, 2008.

               s/Tony R. Dalton
               Tony R. Dalton, BPR #014812
               WOOLF, McCLANE, BRIGHT,
                 ALLEN & CARPENTER, PLLC
               900 S. Gay Street, Suite 900
               P. O. Box 900
               Knoxville, Tennessee  37901-0900
               (865) 215-1000

3

602531.1
Case 3:07-cv-00891   Document 15   Filed 09/22/08   Page 3 of 3 PageID #: 113